UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

| | |
|---|---|
| **RICHMOND INTERNATIONAL FOREST PRODUCTS LLC**<br><br>                          **Plaintiff,**<br>     v.<br><br>**UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION**<br><br>                          **Defendants.** | **S U M M O N S** |

**TO:**  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| Ports of Entry: | Ports of New York/ Newark, New Jersey (4601), Savannah, Georgia (1703), Miami Seaport, Florida (5201), Houston Seaport, Texas (5301), Portland, Oregon (2904) | Date Protest Filed: | January 26, 2021 |
|---|---|---|---|
| Protest Number: | 460121125036 | Date Protest Denied: | February 9, 2021 |
| Importer: | Richmond International Forest Products LLC | | |
| Category of Merchandise: | Hardwood plywood from Cambodia | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Schedules of Protests | (attached) | (attached) | (attached) | (attached) | (attached) |
| (23 entries) | | | | | |
| | | | | | |

Port Director,
Port of New York/Newark, New Jersey
1100 Raymond Blvd.
Newark, NJ 07102

Jeffrey S. Grimson
Mowry & Grimson, PLLC
5335 Wisconsin Ave., NW, Suite 810
Washington, D.C. 20015
202-688-3610, jsg@mowrygrimson.com

Address of Customs Port in
Which Protest was Denied

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Hardwood plywood from Cambodia | 4412.33.0640 | 0% HTS duties; 183.36% AD; 22.98% CVD; 10% 301 duties; 0.3464% MPF; 0.125% HMF | 4412.33.0640 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Customs' origin determination is erroneous. The goods imported on the protested entries were produced in Cambodia and are not subject to AD/CVD, Section 301 duties or MPF. Liquidation/reliquidation with assessment of AD/CVD and Section 301 duties applicable to imports of hardwood plywood from China and MPF was improper given record evidence establishing that the hardwood plywood was produced in Cambodia. Liquidation/reliquidation with double collection of HMF fees was also improper. In the improper assessment of AD/CVD, Customs also erred in assessing AD/CVD on certain 2018 entries that should have been deemed liquidated at the rate asserted at the time of entry, i.e., zero, because the six-month period after receiving notice from the Department of Commerce had lapsed.

The issue which was common to all such denied protests:

Liquidation and reliquidation with assessment of AD/CVD and 301 duties applicable to imports of hardwood plywood from China and MPF to entries originated from Cambodia and over-collection of HMF.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
*Signature of Plaintiff's Attorney*

7/6/21
_____
*Date*

## SCHEDULE OF PROTESTS

Port of New York/Newark, New Jersey (4601)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation/Reliquidation |
|---|---|---|---|---|---|
| 460121125036 | 01/26/2021 | 02/09/2021 | 990-0950687-6 | 12/16/2018 | 09/04/2020 |
| | | | 990-0950838-5 | 12/22/2018 | 09/04/2020 |
| | | | 990-0950974-8 | 01/05/2019 | 09/04/2020 |
| | | | 990-0951005-0 | 01/07/2019 | 08/21/2020 (liquidated) 08/28/2020 (reliquidated) |
| | | | 990-0951088-6 | 01/14/2019 | |
| | | | 990-0951089-4 | 01/14/2019 | |
| | | | 990-0951236-1 | 01/25/2019 | |
| | | | 990-0951342-7 | 02/04/2019 | |
| | | | 990-0951407-8 | 02/11/2019 | |
| | | | 990-0951408-6 | 02/26/2019 | |
| | | | 990-0951409-4 | 02/11/2019 | |
| | | | 990-0951410-2 | 02/11/2019 | |
| | | | 990-0951489-6 | 02/17/2019 | |

Port Director of Customs,
Port of New York/Newark, New Jersey
1100 Raymond Blvd.
Newark, NJ 07102

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

Port of Savannah, Georgia (1703)
    Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation/ Reliquidation |
|---|---|---|---|---|---|
| 460121125036 | 01/26/2021 | 02/09/2021 | 990-0950752-8 | 12/21/2018 | 09/04/2020 |
| | | | 990-0951010-0 | 01/07/2019 | 08/21/2020 (liquidated) |
| | | | 990-0951080-3 | 01/17/2019 | 08/28/2020 (reliquidated) |
| | | | 990-0951293-2 | 02/03/2019 | |

Port Director of Customs,
Port of Savannah, Georgia
1 East Bay Street
Savannah, GA 31401

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

<u>Port of Miami Seaport, Florida (5201)</u>
    Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460121125036 | 01/26/2021 | 02/09/2021 | 990-0950741-1 | 12/20/2018 | 09/04/2020 |
| | | | 990-0950872-4 | 12/30/2018 | 09/04/2020 |
| | | | 990-0950873-2 | 12/30/2018 | 09/04/2020 |
| | | | 990-0950987-0 | 01/13/2019 | 08/21/2020 (liquidated)<br><br>08/28/2020 (reliquidated) |

Port Director of Customs,
Port of Miami Seaport, Florida
1103 N. Cruise Blvd
Terminal G
Miami, FL 33132

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

<u>Port of Houston Seaport, Texas (5301)</u>
    Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460121125036 | 01/26/2021 | 02/09/2021 | 990-0951320-3 | 01/30/2019 | 08/21/2020 (liquidated)<br><br>08/28/2020 (reliquidated) |

Port Director of Customs,
Port of Houston Seaport, Texas
7141 Office City Drive
Houston, TX 77087

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

<u>Port of Portland, Oregon (2904)</u>
    Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460121125036 | 01/26/2021 | 02/09/2021 | 990-0951237-9 | 02/04/2019 | 08/21/2020 (liquidated)<br><br>08/28/2020 (reliquidated) |

Port Director of Customs,
Port of Portland, Oregon
8337 NE Alderwood Road
Portland, OR 97220

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)