# EXHIBIT A

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. M. MILLER BAKER, JUDGE

| | |
|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS, INC., | : : : |
| Plaintiff, | : Consol. Ct. No. 21-00318 |
| v. | : : |
| UNITED STATES, | : : |
| Defendant. | : : |

# DEFENDANT'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S REQUESTS FOR PRODUCTION

Pursuant to Rule 33 of the Rules of the United States Court of International Trade, Defendant United States (the Government) hereby provides its supplemental response to plaintiff's Requests for Production numbers 2 and 3.

## RESPONSES TO REQUESTS FOR PRODUCTION

**Request for Production No. 2:**

Identify and produce all information in Defendants' possession regarding the operation of LB Wood (Cambodia) Co., Ltd. ("LB Wood") in Cambodia and the manufacture of hardwood plywood and veneered panels at that facility from February 2018 through December 2019.

(a) Your response to this question should include, but should not be limited to, all factual information obtained from any party in connection

with CBP's Trade Remedy Law Enforcement Directorate Enforce and Protect Act ("EAPA") Investigation No. 7321, including the information and documentation provided by LB Wood to CBP in response to the questionnaire attached as Exhibit A.

**Supplemental Response to Request for Production No. 2:**

Defendant identifies and/or is producing the following documents:

- 4/12/2019 Email from R. Bekalarksi to L. Duvall Re LB Wood (GOV0010222-GOV0010223).

- 4/12/2019 Email from R. Bekalarksi to L. Duvall Re LB Wood (GOV0010224–GOV0010227).

- 5/16/2019 Email from K. Janiszeski to R. Bekalarksi (GOV0010228).

- 5/15/2019 Email Attachment Spreadsheet from K. Janiszeski to R. Bekalarksi (GOV0010229).

- 7/18/2019 Email from J. Ilkiwskyj to R. Bekalarski, et al. (GOV0010210-GOV0010211).

- 7/18/2019 Email Attachment Spreadsheet from J. Ilkiwskyj to R. Bekalarski, et al. (GOV0010212).

- 7/18/2019 Email Attachment Spreadsheet from J. Ilkiwskyj to R. Bekalarski, et al. (GOV0010213).

- 7/18/2019 Email Attachment Spreadsheet from J. Ilkiwskyj to R. Bekalarski, et al. (GOV0010214).

- 4/12/2019 Email from R. Bash to L. Duvall (GOV0010215).

- 12/4/2018 Email from J. Koski to R. Bash (GOV0010216-GOV0010217).

- 5/24/2018 Email Attachment Spreadsheet from J. Ilkiwskyj to J. Koski, et al. (GOV0010218).

- 5/24/2018 Email Attachment Spreadsheet from J. Ilkiwskyj to J. Koski, et al. (GOV0010219).

- 5/24/2018 Email Attachment Spreadsheet from J. Ilkiwskyj to J. Koski, et al. (GOV0010220).

- 5/24/2018 Email Attachment Spreadsheet from J. Ilkiwskyj to J. Koski, et al. (GOV0010221).

### Request for Production No. 3:

3. (a) Provide the names of all CBP personnel or other U.S. government agency personnel who conducted any site visits to LB Wood in Cambodia at any point in time and identify the dates of any such site visits.

(b) Provide any inspection reports, photographs or other documentation prepared by CBP personnel or other U.S. government agency personnel before, during or after any site visits to LB Wood in Cambodia.

### Supplemental Response to Request for Production No. 3:

Defendant identifies and/or is producing the following documents:

- 7/18/2019 Email from J. Ilkiwskyj to R. Bekalarski, et al. (GOV0010210-GOV0010211).

- 7/18/2019 Email Attachment Spreadsheet from J. Ilkiwskyj to R. Bekalarski, et al. (GOV0010212).

- 7/18/2019 Email Attachment Spreadsheet from J. Ilkiwskyj to R. Bekalarski, et al. (GOV0010213).

- 7/18/2019 Email Attachment Spreadsheet from J. Ilkiwskyj to R. Bekalarski, et al. (GOV0010214).

- 12/4/2018 Email from J. Koski to R. Bash (GOV0010216-GOV0010217).

- 5/24/2018 Email Attachment Spreadsheet from J. Ilkiwskyj to J. Koski, et al. (GOV0010218).

- 5/24/2018 Email Attachment Spreadsheet from J. Ilkiwskyj to J. Koski, et al. (GOV0010219).

- 5/24/2018 Email Attachment Spreadsheet from J. Ilkiwskyj to J. Koski, et al. (GOV0010220).

- 5/24/2018 Email Attachment Spreadsheet from J. Ilkiwskyj to J. Koski, et al. (GOV0010221).

- 5 -

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant
        Attorney General

        PATRICIA M. McCARTHY
        Director

By:   /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Hardeep K. Josan
        HARDEEP K. JOSAN
        Trial Attorney
        International Trade Field Office
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        (212) 264-9245 or 9230

March 8, 2023        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, HARDEEP K. JOSAN, certify that I am an attorney in the office of the Assistant Attorney General, Civil Division, Commercial Litigation Branch, International Trade Field Office, with offices located at 26 Federal Plaza, New York, N.Y. 10278, and that on March 8, 2023, on behalf of the United States, Defendant herein, I caused the annexed Defendant's First Supplemental Response To Plaintiff's Requests For Production to be served upon:

>Michael Roll
>Brett Harris
>ROLL & HARRIS LLP
>Attorneys for Plaintiff
>1999 Avenue of the Stars – Suite 1100
>Los Angeles, CA 90067
>Tel. (310) 294-9501
>
>Jeffrey S. Grimson
>Jill A. Cramer
>Mowry & Grimson, PLLC
>5335 Wisconsin Avenue, Suite 810
>Washington, DC 20015
>Tel. (202) 688-3610

the attorneys for plaintiff, by email to plaintiff's counsel.

>/s/ Hardeep K. Josan
>HARDEEP K. JOSAN

**Fist Supplemental Privilege Log Richmond International Forest Products LLC v. United States, Consol. Court No. 21-00318**

| RFP Nos. | Bates Nos. | Date | Doc. Type | Description | Author(s)[1] | For/To/Cc/Bcc | Privilege[2] and Basis |
|---|---|---|---|---|---|---|---|
| 2 | GOV0010222-GOV0010223 (Previously produced as GOV0010006–GOV0010007) | 4/12/2019 | Email | 4/12/2019 Email regarding LB Wood | Robert Bekalarski | Laurel Duvall | BPI – Redacted confidential business information of a third-party importer unrelated to plaintiff |
| 2 | GOV0010224–GOV0010227 (Previously produced as GOV0010008–GOV0010011) | 4/12/2019 | Email | 4/12/2019 Email regarding LB Wood | Robert Bekalarski | Laurel Duvall | BPI – Redacted confidential business information of a third-party importer unrelated to plaintiff |
| 2 | GOV0010228 | 5/16/2019 | Email | Email regarding LB Wood query | Kevin Janiszeski | Robert Bekalarski | BPI – Redacted confidential business information of third party LB Wood |
| 2, 3 | GOV0010210–GOV0010211 | 7/18/2019 | Email | Email regarding LB Wood Cambodia importation data | Jason Ilkiwskyj | Robert Bekalarski, Laurel Duvall, Mark Nackman | BPI – Redacted confidential business information of third parties LB Wood and Linyi Evergreen Wood Co. Ltd ("Linyi Evergreen") |
| 2, 3 | GOV0010212 | 7/18/2019 | Email Attachment - Spreadsheet | Spreadsheet regarding importation of products supplied by LB Wood – Attached to 7/18/2019 email regarding LB Wood Cambodia importation data | Jason Ilkiwskyj | Robert Bekalarski, Laurel Duvall, Mark Nackman | BPI – Redacted confidential business information of third party LB Wood and third-party importers that are unrelated to plaintiff |
| 2, 3 | GOV0010214 | 7/18/2019 | Email Attachment - Spreadsheet | Spreadsheet regarding importation of products supplied by third party – Attached to 7/18/2019 email regarding LB Wood Cambodia importation data | Jason Ilkiwskyj | Robert Bekalarski, Laurel Duvall, Mark Nackman | BPI – Redacted confidential business information of third party Linyi Evergreen and third-party importers that are unrelated to plaintiff |
| 2 | GOV0010215 | 4/12/2019 | Email | Email regarding LB Wood | Russell Bash | Laurel Duvall, | BPI – Redacted confidential business information of a third-party importer that is unrelated to plaintiff |

---

[1] The individuals included in this privilege log are listed below at the end of this document by position and office.

[2] The privilege is abbreviated. The abbreviation key is located at the end of the privilege log.

| RFP Nos. | Bates Nos. | Date | Doc. Type | Description | Author(s)[1] | For/To/Cc/Bcc | Privilege[2] and Basis |
|---|---|---|---|---|---|---|---|
| 2, 3 | GOV0010216–GOV0010217 | 12/4/2018 | Email | Email regarding June 2018 Site Visit to Cambodia | John Koski | Russell Bash | BPI – Redacted confidential business information of third parties LB Wood and Linyi Evergreen and third-party manufacturers that are unrelated to plaintiff |
| 2, 3 | GOV0010218 | 5/24/2018 | Email Attachment - Spreadsheet | Spreadsheet regarding importation of products supplied by LB Wood – Attached to 12/4/2018 email regarding June 2018 Site Visit to Cambodia | Jason Ilkiwskyj | John Koski, Russell Bash | BPI – Redacted confidential business information of third party LB Wood and third-party importers that are unrelated to plaintiff |
| 2, 3 | GOV0010220 | 5/24/2018 | Email Attachment - Spreadsheet | Spreadsheet regarding importation of products supplied by third party – Attached to 12/4/2018 email regarding June 2018 Site Visit to Cambodia | Jason Ilkiwskyj | John Koski, Russell Bash | BPI – Redacted confidential business information of third party Linyi Evergreen and third-party importers that are unrelated to plaintiff |
| 2, 3 | GOV0010221 | 5/24/2018 | Email Attachment - Spreadsheet | Spreadsheet regarding importations by third parties – Attached to 12/4/2018 email regarding June 2018 Site Visit to Cambodia | Jason Ilkiwskyj | John Koski, Russell Bash | BPI – Redacted confidential business information of third party LB Wood and third-party manufacturers and importers that are unrelated to plaintiff |

**Abbreviation Key:**

BPI – Business Proprietary Information or Confidential Information of Third Party

**Personnel:**

Robert Bekalarski, Assistant Center Director, Industrial and Manufacturing Materials Center of Excellence and Expertise, Office of Field Operations, U.S. Customs and Border Protection ("CBP")
Laurel Duvall, National Import Specialist, National Commodity Specialist Division, Regulations and Rulings, Office of Trade, CBP
Jason Ilkiwskyj, Program Manager – Trade Operations, Office of Field Operations, CBP
Kevin Janiszeksi, Supervisory Import Specialist, Industrial and Manufacturing Materials Center of Excellence and Expertise, Office of Field Operations, CBP
Mark Nackman, Branch Chief, National Commodity Specialist Division, Regulations and Rulings, Office of Trade, CBP
John Koski, Supervisory Special Agent, Homeland Security Investigations ("HSI")
Russell Bash, Country Attaché, U.S. Embassy-Phnom Penh, Cambodia, HSI (no longer with HSI)

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS, INC., | : : : |
| Plaintiff, | : Consol. Ct. No. 21-00318 |
| v. | : : : |
| UNITED STATES, | : : |
| Defendant. | : : |

DEFENDANT'S SECOND SUPPLEMENTAL
RESPONSE TO PLAINTIFF'S
REQUESTS FOR PRODUCTION

Pursuant to Rule 33 of the Rules of the United States Court of International Trade, Defendant United States (the Government) hereby provides its supplemental response to plaintiff's Requests for Production numbers 2, 3-6 and 9.

RESPONSES TO REQUESTS FOR PRODUCTION

Request for Production No. 2:

Identify and produce all information in Defendants' possession regarding the operation of LB Wood (Cambodia) Co., Ltd. ("LB Wood") in Cambodia and the manufacture of hardwood plywood and veneered panels at that facility from February 2018 through December 2019.

(a) Your response to this question should include, but should not be limited to, all factual information obtained from any party in connection with CBP's Trade Remedy Law Enforcement Directorate Enforce and Protect Act ("EAPA") Investigation No. 7321, including the information and documentation provided by LB Wood to CBP in response to the questionnaire attached as Exhibit A.

**Supplemental Response to Request for Production No. 2:**

Defendant identifies and/or is producing the following documents:

- August 14, 2018 Report of Investigation: Factory Site/Inspection on June 6 & 7, 2018 (GOV0010233–GOV0010237).

**Request for Production No. 3:**

3. (a) Provide the names of all CBP personnel or other U.S. government agency personnel who conducted any site visits to LB Wood in Cambodia at any point in time and identify the dates of any such site visits.

(b) Provide any inspection reports, photographs or other documentation prepared by CBP personnel or other U.S. government agency personnel before, during or after any site visits to LB Wood in Cambodia.

**Supplemental Response to Request for Production No. 3:**

Defendant identifies and/or is producing the following documents:

- May 31, 2018 Report of Investigation: Initial Case Information (GOV0010230–GOV0010232).

- August 14, 2018 Report of Investigation: Factory Site/Inspection on June 6 & 7, 2018 (GOV0010233–GOV0010237).

### Request for Production No. 4:

4. (a) Do Defendants contend that the merchandise covered by Protest Nos. 460120118749, 460121125036 and 460121125039 was manufactured entirely from Chinese origin single layer wood veneers that were first pressed together in Cambodia?

(b) If Defendants' answer is "yes," please state, in detail, the basis for Defendants' contention as well as all facts relied on by Defendants to support this contention.

(c) Identify and produce all documents which Defendants reviewed in order to respond to paragraphs (a) and (b), regardless of whether Defendants relied upon them, and all documents which contain facts upon which Defendants' response to this interrogatory is based.

### Supplemental Response to Request for Production No. 4:

Defendant identifies and/or is producing the following documents:

- August 14, 2018 Report of Investigation: Factory Site/Inspection on June 6 & 7, 2018 (GOV0010233–GOV0010237).

### Request for Production No. 5:

5. (a) Do Defendants contend that the merchandise covered by Protest Nos. 460120118749, 460121125036 and 460121125039 was manufactured, in whole or in part, by pressing two single layer wood veneers together in China?

(b) If Defendants' answer is "yes," please state, in detail, the basis for Defendants' contention as well as all facts relied on by Defendants to support this contention.

(c) Identify and produce all documents which Defendants reviewed in order to respond to paragraphs (a) and (b), regardless of whether

Defendants relied upon them, and all documents which contain facts upon which Defendants' response to this interrogatory is based.

**Supplemental Response to Request for Production No. 5:**

Defendant identifies and/or is producing the following documents:

- August 14, 2018 Report of Investigation: Factory Site/Inspection on June 6 & 7, 2018 (GOV0010233– GOV0010237).

**Request for Production No. 6:**

6. (a) Do Defendants contend that the merchandise covered by Protest Nos. 460120118749, 460121125036 and 460121125039 was manufactured, in whole or in part, by pressing three or more single layer wood veneers together in China?

(b) If Defendants' answer is "yes," please state, in detail, the basis for Defendants' contention as well as all facts relied on by Defendants to support this contention.

(c) Identify and produce all documents which Defendants reviewed in order to respond to paragraphs (a) and (b), regardless of whether Defendants relied upon them, and all documents which contain facts upon which Defendants' response to this interrogatory is based.

**Supplemental Response to Request for Production No. 6:**

Defendant identifies and/or is producing the following documents:

- August 14, 2018 Report of Investigation: Factory Site/Inspection on June 6 & 7, 2018 (GOV0010233– GOV0010237).

### Request for Production No. 9:

9. (a) Do Defendants contend that LB Wood did not have the capacity or means to produce the plywood covered by Protest Nos. 460120118749, 460121125036 and 460121125039 in Cambodia?

(b) If Defendants' answer is "yes," please state, in detail, the basis for Defendants' contention as well as all facts relied on by Defendants to support this contention and produce all documents in Defendants' possession that support Defendants' contention.

### Supplemental Response to Request for Production No. 9:

Defendant identifies and/or is producing the following documents:

- August 14, 2018 Report of Investigation: Factory Site/Inspection on June 6 & 7, 2018 (GOV0010233–GOV0010237).

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

By:  /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

- 5 -

/s/ Hardeep K. Josan
HARDEEP K. JOSAN
Trial Attorney
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9245 or 9230

March 28, 2023                                   Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, HARDEEP K. JOSAN, certify that I am an attorney in the office of the Assistant Attorney General, Civil Division, Commercial Litigation Branch, International Trade Field Office, with offices located at 26 Federal Plaza, New York, N.Y. 10278, and that on March 28, 2023, on behalf of the United States, Defendant herein, I caused the annexed Defendant's Second Supplemental Response To Plaintiff's Requests For Production to be served upon:

>Michael Roll
>Brett Harris
>ROLL & HARRIS LLP
>Attorneys for Plaintiff
>1999 Avenue of the Stars – Suite 1100
>Los Angeles, CA 90067
>Tel. (310) 294-9501
>
>Jeffrey S. Grimson
>Jill A. Cramer
>Mowry & Grimson, PLLC
>5335 Wisconsin Avenue, Suite 810
>Washington, DC 20015
>Tel. (202) 688-3610

the attorneys for plaintiff, by email to plaintiff's counsel.

>/s/ Hardeep K. Josan
>HARDEEP K. JOSAN

**Second Supplemental Privilege Log Richmond International Forest Products LLC v. United States, Consol. Court No. 21-00318**

| RFP Nos. | Bates Nos. | Date | Doc. Type | Description | Author(s) | For/To/Cc/Bcc | Privilege[1] and Basis |
|---|---|---|---|---|---|---|---|
| 3 | GOV0010230-GOV0010232 (Previously produced as GOV0010080–GOV0010082) | 5/31/2018 | Report of Investigation | May 31, 2018 Report of Investigation: Initial Case Information | HSI Representative | | BPI – Redacted confidential business information of third party LB Wood (Cambodia) Co. Ltd ("LB Wood") and third-party manufacturers unrelated to plaintiff |
| 2-6, 9 | GOV0010233–GOV0010237 (Previously produced as GOV0010083–GOV0010087) | 8/14/2018 | Report of Investigation | August 14, 2018 Report of Investigation: Factory Site/Inspection on June 6 & 7, 2018 | HSI Representative | | BPI – Redacted confidential business information of third party LB Wood and third-party manufacturers unrelated to plaintiff |

**Abbreviation Key:**

BPI – Business Proprietary Information or Confidential Information of Third Party

---

[1] The privilege is abbreviated. The abbreviation key is located at the end of the privilege log.