# EXHIBIT B

LAW OFFICES OF

# deKieffer & Horgan, pllc
1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C. 20005

| | | |
|---|---|---|
| GREGORY S. MENEGAZ<br>TEL 202-783-6900 | AFFILIATED OFFICE:<br>SAARBRÜCKEN, GERMANY | GMENEGAZ@DHLAW.COM<br>DHLAW.COM |

November 8, 2019

ELECTRONIC FILING BY EMAIL
Tobias.A.Vandall@cbp.dhs.gov

Tobias Vandall
International Trade Specialist
U.S. Customs and Border Protection
Office of Trade
Trade Remedy Law Enforcement Directorate

EAPA Investigation No. 7321
(Certain Hardwood Plywood)
CBP Office of Trade
POI: June 5, 2018 Onwards

**PUBLIC VERSION**

Business Proprietary information contained within brackets on pages 1, 2, 4, 5, 6, 7, 8 & 10 and in Exhibits 1 – 16 has been deleted.

RE:   *EAPA Con. Case No. 7321*
      **LB Wood Questionnaire Response**

Dear International Trade Specialist Vandall:

On behalf of LB Wood (Cambodia) Co., Ltd ("LB Wood"), a Cambodian producer of hardwood plywood and an interested party pursuant to 19 C.F.R. § 165.1, we hereby submit LB Wood's response to CBP's questionnaire issued in the above-referenced proceeding. We are submitting a confidential version and a public version of LB Wood's response in accordance with 19 C.F.R. §§ 165.4 & 165.5.

*     *     *

In accordance with 19 C.F.R. § 165.4, LB Wood requests confidential treatment of the information contained herein as business confidential and commercial data that is proprietary to LB Wood and its suppliers, service providers, and customers. The information contained in this response to CBP that is marked confidential has never been released in any manner to a person who is not an employee or in a confidential relationship with the companies. The confidential

information is not commonly known within the industry or readily ascertainable by outside persons with a minimum of time and effort. Disclosure of this information would cause substantial competitive and commercial harm to LB Wood and its suppliers, service providers, and customers. The confidential information in the narrative response and the attached exhibits are enclosed in brackets ("[ ]") and marked "Contains Proprietary Information" to indicate the confidential nature of the information contained herein.

Specifically, this submission contains the following confidential information:

| Page / Exhibit | Reason for Confidential Treatment |
|---|---|
| Page 1 | Identification of a third party who is a service provider to LB Wood and not a party to this investigation; contact information for an employee, which is not available to the general public; |
| Page 2 | Details on LB Wood's internal organization and identification of individuals not accessible to the general public; business sensitive information concerning LB Wood's production process; |
| Page 4 | LB Wood's banking information; |
| Page 5, 6 | Details on LB Wood's business relations with its owners; |
| Page 7 | Details on LB Wood's affiliates; |
| Page 8 | Details on LB Wood's business relations with its affiliates; |
| Page 10 | Details on LB Wood's business relations with its affiliates; |
| Exhibit 1 | Details on product characteristics, quantity and value of sale, and terms of delivery and payment; |
| Exhibit 2 | Details on LB Wood's corporate structure and LB Wood's related companies' corporate structure; no person or entity outside the LB Wood organization has access to this information in the manner presented here; this document is NOT SUSCEPTIBLE TO PUBLIC SUMMARY because the disclosure of any of the information would cause serious harm to LB Wood's competitive position; |
| Exhibit 3 | Details on LB Wood's business registration, which is not available to the general public; |

PR 001401

GOV0001401