UNITED STATES COURT OF INTERNATIONAL TRADE
HONORABLE M. MILLER BAKER

Oral Argument via teleconference
May 1, 2023 at 2:00 p.m.
Court No. 21-00318-MMB
28USC § 1581(a)

Richmond International Forest Products LLC v. United States, et al.

| PARTY | COUNSEL |
|---|---|
| **PLAINTIFF:**<br>Richmond International Forest Products LLC | **Roll & Harris LLP:**<br>Michael E. Roll **(Arguing)**<br>Brett I. Harris<br><br>**Mowry & Grimson, PLLC**<br>Jill A. Cramer |
| **DEFENDANT:**<br>United States | **U.S Department of Justice:**<br>Hardeep K. Josan **(Arguing)**<br><br>**U.S. Customs and Border Protection:**<br>Michael A. Anderson |