## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS LLC,<br>　　*Plaintiff*,<br>v.<br>UNITED STATES,<br>　　*Defendant*. | Consol. Ct. No. 21-00318<br><br>Before: M. Miller Baker, Judge |

## ORDER

For the reasons stated by the court during today's telephonic oral argument on Plaintiff's motion to compel, no later than seven days after entry of this order, counsel are to meet and confer and then submit (1) a proposed agreed order granting Plaintiff's motion while reserving Defendant's objections and (2) a proposed amended protective order limiting access to all business proprietary information of nonparties produced by the government to Plaintiff's outside counsel only.

Dated:　May 1, 2023　　　　　　　　　　*/s/ M. Miller Baker*
　　　　　New York, New York　　　　　　M. Miller Baker, Judge