UNITED STATES COURT OF INTERNATIONAL TRADE
HON. M. MILLER BAKER, JUDGE

---

| | |
|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS LLC | |
| Plaintiff, | Consol. Ct. No. 21-00318 |
| v. | |
| UNITED STATES, | |
| Defendant | |

---

### ORDER

Upon reading Plaintiff's Motion to Compel Production, Defendant's opposition thereto, and argument held on May 1, 2023, it is hereby,

ORDERED that Defendant shall produce to Plaintiff within 14 Days from the date of this order:

1. The Confidential Administrative Record from EAPA Case 7321; and
2. The confidential version of the documents referenced in Defendant's Privilege Logs dated November 4, 2022, March 8, 2023, and March 28, 2023.
3. Release of such documents to Plaintiff shall be governed by the terms of the Amended Protective Order entered by this court on May 8, 2023.

/s/ *M. Miller Baker*
Judge M. Miller Baker

Dated:   May 8, 2023
         New York, New York