UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JOSEPH A. LAROSKI, JR., JUDGE

---

RICHMOND INTERNATIONAL      :
FOREST PRODUCTS LLC,        :
                            :
      Plaintiff,           :            Consol. Ct. No. 21-00318
                            :
         v.            :
                            :
UNITED STATES,              :
                            :
      Defendant.           :
                            :

---

**ORDER**

    Upon consideration of the Joint Motion to Stay Proceedings, it is hereby

    **ORDERED,** that the motion to stay is **GRANTED,** and it is further

    **ORDERED,** that this action is stayed**,** and it is further

    **ORDERED,** that the parties shall, every sixty (60) days from the date of this order, submit a joint status report on their efforts to resolve this case without the need for further litigation.

    **SO ORDERED.**

                                      _____

                                     Hon. Joseph A. Laroski, Jr.

Dated: _____ 2024

New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JOSEPH A. LAROSKI, JR., JUDGE

| | | |
|---|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS LLC, | : | |
| | : | |
| Plaintiff, | : | Consol. Ct. No. 21-00318 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff Richmond International Forest Products LLC and Defendant the United States, respectfully move this Court to stay further proceedings in this action.  The parties submit that granting a stay will avoid unnecessary waste of the Court's and the parties' resources, will promote judicial efficiency, and will cause no harm to parties with an interest in the outcome of this action.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936).  The decision to stay proceedings lies "within the sound discretion of the trial court." Cherokee Nation of Oklahoma v. United States, 124 F.3d 1413, 1416 (Fed. Cir. 1997).  Further, a stay is appropriate where it "will promote judicial economy, conserve the resources of the parties, and ultimately advance the interests of justice." An Giang

1

<u>Agric. & Food Imp. Exp. Co. v. United States</u>, 28 CIT 1671, 1682, 350 F. Supp. 2d 1162, 1172 (Ct. Int'l Trade 2004).

Currently, the Scheduling Order in this case establishes a July 11, 2024 deadline for the parties to complete any fact discovery.  ECF No. 55.  Since establishment of the original scheduling order in this case, the parties have engaged in extensive discovery, including depositions, interrogatories and requests for production of documents.  There remain several open discovery requests, including notices of two (2) depositions and new requests for production, that Plaintiff has served on Defendant.

The parties respectfully submit that a stay of these proceedings is appropriate to allow the parties time to try to resolve this case.  A stay in the instant proceeding will preserve the resources of the parties and the Court, as the parties are seeking to resolve this case without the need for further discovery, litigation or utilization of Court resources.  A stay would not cause any harm to any party to this proceeding or any other interested party and would simply preserve the status quo while the parties discuss resolution of this case.  If a stay is granted, Plaintiff and Defendant agree to provide the Court with a joint status report every two (2) months.

WHEREFORE, the parties request that this motion be granted and that the Court stay further proceedings in this matter.

<div style="margin-left: 50%;">

Respectfully submitted,

ROLL & HARRIS LLP
Attorneys for Plaintiff

By:    /s/Michael Roll
       Michael E. Roll
       2121 Avenue of the Stars - Suite 800
       Los Angeles, CA 90067

</div>

Tel: (310) 294-9501


BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:    /s/ Justin R. Miller
       JUSTIN R. MILLER
       Attorney-In-Charge
       International Trade Field Office

       /s/ Hardeep K. Josan
       HARDEEP K. JOSAN
       Trial Attorney
       International Trade Field Office
       Department of Justice, Civil Division
       Commercial Litigation Branch
       26 Federal Plaza, Room 346
       New York, New York 10278

Dated:  June 28, 2024.

3